

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 3:25-cr-138
                                      18 U.S.C. § 152(8)

**WAYNE ROBERT RUMMEL**

### I N F O R M A T I O N

The United States Attorney Charges:

On or about March 17, 2025, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant WAYNE ROBERT RUMMEL, after the filing of a case under Title 11, United States Code, that is, In re: Wayne Robert Rummel, Case No. 3:23-bk-30153, United States Bankruptcy Court for the Southern District of West Virginia, knowingly and fraudulently falsified recorded information relating to the property and financial affairs of a debtor, that is, defendant WAYNE ROBERT RUMMEL created a false bankruptcy court order for the purpose of obtaining a personal loan.

In violation of Title 18, United States Code, Section 152(8).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney